STATE OF MAINE                          UNIFIED CRIMINAL COURT
CUMBERLAND, ss.                         PORTLAND
                                        Docket No. CR-12-4808
                                        EMK-cum-1/7/2013

STATE OF MAINE              )
                            )           ORDER ON MOTION TO SUPPRESS
v.                          )
                            )
MICHELLE ROSE DISTASIO      )


      A hearing was held on Defendant's Motion to Suppress on December 20, 2012. Defendant was present, represented by Attorney Robert LeBrasseur. The State was represented by Paige Streeter.

      Defendant seeks to suppress all of the evidence resulting from the stop of her vehicle. She alleges that the stop violated her Fourth Amendment rights because it was effected without the requisite "reasonable articulable suspicion."

      The court heard testimony from Officer Stephen Hinkley, the officer who conducted the stop. He testified that he observed Defendant's vehicle make a right turn while the vehicle's left turn signal was engaged, followed by a left turn made without using any turn signal.

      The standard governing automotive stops is well-established: "In order to support a brief investigatory stop of a motor vehicle, such as the stop in this case, a police officer must have an objectively reasonable, articulable suspicion that either criminal conduct, a civil violation, or a threat to public safety has occurred, is occurring, or is about to occur. The officer's suspicion that any of these circumstances exist must be objectively reasonable in the totality of the circumstances." *See, e.g., State v. Porter*, 2008 ME 175, ¶ 8, 960 A.2d 321, 323 (citing *State v. Sylvain*, 2003 ME 5, ¶ 11, 814 A.2d 984, 987).

      Applying this standard, the court finds that Defendant's conduct with respect to the vehicle's turn signals gave rise to reasonable articulable suspicion justifying the stop of her vehicle. *Cf. State v. Pinkham*, 565 A.2d 318, 318-19 (Me. 1989) (vacating suppression where officer had reasonable articulable suspicion to pull defendant over after observing defendant pass straight through intersection despite being in right lane marked with right turn directional arrow).

      Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress is DENIED.

DATED: _1/7/2013_                       _E. Mary Kelly_
                                        E. Mary Kelly
                                        Unified Criminal Court Judge

STATE OF MAINE
  vs
MICHELLE ROSE DISTASIO                                    Docket No  CUMCD-CR-2012-04808
2 DANIEL ST
GORHAM ME 04038                                           **DOCKET RECORD**

DOB: 09/26/1973
Attorney: ROBERT LEBRASSEUR                    State's Attorney: STEPHANIE ANDERSON
          LAW OFFICE OF ROBERT C LEBRASSEUR PC
          415 CONGRESS STREET SUITE 202
          PORTLAND ME 04101
          RETAINED 09/06/2012

## Charge(s)

1   OPERATING UNDER THE INFLUENCE              07/15/2012 GORHAM
Seq 11493 29-A  2411(1-A)(A)          Class D
   HINKLEY                / GOR


## Docket Events:

07/23/2012 FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 07/18/2012


07/23/2012 Charge(s): 1
          HEARING -  ARRAIGNMENT SCHEDULED FOR 09/12/2012 at 08:30 a.m. in Room No.  1


          NOTICE TO PARTIES/COUNSEL
07/23/2012 BAIL BOND - $2,500.00 UNSECURED BAIL BOND FILED ON 07/18/2012


          Bail Amt:  $2,500
          Date Bailed: 07/15/2012
          682
08/30/2012 Charge(s): 1
          SUPPLEMENTAL FILING -  COMPLAINT FILED ON 08/28/2012
          JAMES  TURCOTTE , ASSISTANT CLERK
09/06/2012 Party(s):  MICHELLE ROSE DISTASIO
          ATTORNEY -  RETAINED ENTERED ON 09/06/2012


          Attorney:  ROBERT LEBRASSEUR
09/12/2012 Charge(s): 1
          HEARING -  ARRAIGNMENT WAIVED ON 09/12/2012 at 08:30 a.m. in Room No.  1


09/12/2012 Charge(s): 1
          PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 09/12/2012 at 08:30 a.m. in Room No.  1


09/12/2012 Charge(s): 1
          HEARING -  DISPOSITIONAL CONFERENCE SCHEDULED FOR 11/06/2012 at 08:30 a.m. in Room No.  7


09/12/2012 Charge(s): 1
          TRIAL -  JURY TRIAL SCHEDULED FOR 01/14/2013 at 08:30 a.m. in Room No.  11


          NOTICE TO PARTIES/COUNSEL
10/24/2012 Charge(s): 1
          HEARING -  DISPOSITIONAL CONFERENCE NOTICE SENT ON 10/24/2012
          JUSTIN  WESLEY , ASSISTANT CLERK-E
            CR_200                  Page  1  of  2                    Printed on: 01/07/2013

11/07/2012 Charge(s): 1
         HEARING - DISPOSITIONAL CONFERENCE HELD ON 11/06/2012 at 12:00 p.m.
         JOYCE A WHEELER , JUDGE
         Attorney: ROBERT LEBRASSEUR
         DA: WILLIAM BARRY
         NO AGREEMENT. MOTION TO SUPPRESS TO BE FILED
11/07/2012 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 11/07/2012

         Attorney: ROBERT LEBRASSEUR
11/07/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/29/2012 at 01:00 p.m.

         NOTICE  TO PARTIES/COUNSEL
11/07/2012 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/07/2012
         JUSTIN  WESLEY , ASSISTANT CLERK-E
11/20/2012 HEARING - MOTION TO SUPPRESS NOT HELD ON 11/20/2012

         MOVED TO 12/6/12 DUE TO OVERCROWDING
11/20/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/06/2012 at 01:00 p.m. in Room No.  7

         NOTICE  TO PARTIES/COUNSEL
11/20/2012 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/20/2012

11/30/2012 MOTION - MOTION TO CONTINUE FILED BY STATE ON 11/29/2012

         UNOPPOSED MOTION TO CONTINUE 12/6/12 MOTION HEARING.
11/30/2012 MOTION - MOTION TO CONTINUE GRANTED ON 11/30/2012
         JOYCE A WHEELER , JUSTICE
         COPY TO PARTIES/COUNSEL
11/30/2012 HEARING - MOTION TO SUPPRESS CONTINUED ON 11/30/2012

11/30/2012 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/20/2012 at 01:00 p.m.

         NOTICE  TO PARTIES/COUNSEL
11/30/2012 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 11/30/2012

01/07/2013 HEARING - MOTION TO SUPPRESS HELD ON 12/20/2012
         THOMAS D WARREN , JUSTICE
01/07/2013 MOTION - MOTION TO SUPPRESS DENIED ON 01/07/2013
         MARY  KELLY , JUDGE
         COPY TO PARTIES/COUNSEL
01/07/2013 ORDER - COURT ORDER FILED ON 01/07/2013
         MARY  KELLY , JUDGE
         IT IS HEREBY ORDERED THAT THE DEFENDANT'S MOTION TO SUPPRESS IS DENIED

A TRUE COPY
ATTEST: _____
                      Clerk